In the Matter of the Probate of the Will of CHARLOTTE MILLER, Deceased.

MARY A. HOELZLE et al., Appellants; MARY A. ALLEN et al., Respondents.

*Matter of Miller,* 141 App. Div. 349; appeal dismissed.
(Argued April 25, 1911; decided May 2, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1910, which reversed an order of Special Term granting a motion to dismiss the above proceeding for failure of prosecution and denied said motion.

*William P. Maloney* for appellants.

*Joseph Fettretch, John H. Judge, Henry J. Wehle* and *William S. Katzenstein* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

JANE WILSON et al., Respondents, *v.* THOMAS A. NEVINS, Appellant.

Reported below, 142 App. Div. 932.
(Submitted April 24, 1911; decided May 2, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1911, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for goods alleged to have been sold and delivered to plaintiff's wife.

The motion was made upon the ground that the exceptions were frivolous and presented no question of law for review.

*Godfrey Goldmark* for motion.

*Louis T. Noonan* opposed.

Motion denied, with ten dollars costs.